UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61238-DIMITROULEAS/HUNT

VANESSA SMITH,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Summary Judgment [DE 16], Defendant's Motion for Summary Judgment [DE 18], and the Report and Recommendation of Patrick M. Hunt [DE 19], issued on January 31, 2024. The Court notes that no objections to the Report [DE 19] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 19] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 19] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Report [DE 19] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Summary Judgment [DE 16] is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment [DE 18] is hereby **GRANTED**; and

4. The Court will enter separate final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 15th day of February, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Magistrate Judge Hunt